UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD SIEDENSTRANG,

       Plaintiff,                      Case No. 1:05-CV-457

v                                       Hon. Hugh W. Brenneman, Jr.

CITY OF BUCHANAN, et al,

       Defendants.
_____/

**ORDER OF DISMISSAL**

In accordance with the Opinion entered this date, Defendants' Motion to Dismiss Plaintiff's Complaint (docket no. 47) is GRANTED, and the action is DISMISSED for failure to prosecute and for failure to comply with the court rules and the orders of this court, pursuant to Rule 41(b), Federal Rules Civil Procedure.

IT IS SO ORDERED.

Dated: September 28, 2006          /s/ Hugh W. Brenneman, Jr.
                                        Hugh W. Brenneman, Jr.
                                        United States Magistrate Judge